[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 94-1092 

 SAFU BOATENG,

 Plaintiff, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. A. David Mazzone, Senior U.S. District Judge]
 

 

 Before

 Torruella, Selya and Cyr,
 Circuit Judges.
 

 

Safu Boateng pro se on Memorandum in support of appeal brief.
 
Donald K. Stern, United States Attorney, and Michael J. Pelgro,
 
Assistant United States Attorney, on brief for appellee.

 

 July 22, 1994
 

 Per Curiam. We affirm the dismissal of appellant's
 

 2255 petition essentially for the reasons stated by the

district court. Because appellant received the mandatory

minimum sentence, he was not prejudiced by counsel's failure

to argue for a lower sentence. United States v. Sepulveda,
 

15 F.3d 1161, 1201-02 (1st Cir. 1993) (because defendant

received the mandatory minimum sentence, a role-in-the-

offense reduction would have had no effect on the sentence

and consequently court refused to decide whether or not

appellant was a minor participant), cert. denied, 1994 U.S.
 

Lexis 4738 (1994).

 Affirmed.